UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH, et al.,

        Defendant.
_____/

## JONATHAN MARKOVICH'S EXHIBIT LIST

Defendant Jonathan Markovich, through undersigned counsel, submits the following defense exhibit list. Mr. Markovich reserves the right to amend this list, up to and through trial of this case. Mr. Markovich also reserves the right to have any exhibits identified on the Government's exhibit list.

1. Facility photographs (composite)
2. Zen charts screen shot
3. Employee handbook
4. Employee manual
5. Construction documents
6. Licenses
7. Incorporation documents
8. Sample promissory note
9. Sample collection letter
10. Compass and WAR financial statements.
11. Marketing materials
12. Patient correspondence

13. Patient care protocols

14. Facility operating procedures

15. Garnto loan documents

16. Evoke litigation documents

17. Payroll records

Dated: July 2, 2021

Respectfully submitted,

*s/ Michael Pasano*
Michael S. Pasano (FBN 475947)
E-mail: mpasano@carltonfields.com
CARLTON FIELDS
700 N.W. 1st Avenue, Suite 41200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
*Attorney for Defendant Jonathan Markovich*