UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

        **Defendants.**
_____/

**UNITED STATES' RESPONSE TO COURT'S QUESTION**

     In its Omnibus Order on jury selection [D.E. 222], this Court asked the Government and Defendants for their position on: (i) summoning only eligible individuals who have been vaccinated against COVID-19 for jury service in this case, or, (ii) if there are not enough vaccinated potential jurors for a venire, whether the Court should first summon vaccinated potential jurors, supplemented by unvaccinated potential jurors if necessary. The United States understands from discussions with defense counsel that both Defendants are in favor of the Court's proposed approach. Given the Defendant's position, although the Government notes that it has safely conducted a number of trials through appropriate social distancing and the wearing of masks without limiting the venire to vaccinated individuals, the United States has no objection to proceeding with jury selection in the manner proposed by the Court. The Government does request that, at the time of jury selection, the Court set forth particularized findings on the record as to the need for such a practice based on the COVID-19 conditions that presently exist on the ground in South Florida, and in Broward County in particular. The Government additionally

requests that the Court verify with Defendants on the record that they agree to this selection criterion at the Calendar Call.

Dated: July 16, 2021

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

By:  /s/ James V. Hayes
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
JAMIE DE BOER (FL Bar #A5502601)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 774-4276
James.Hayes@usdoj.gov
Jamie.DeBoer@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*James V. Hayes*