UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH AND
DANIEL MARKOVICH,

    Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on Defendant Daniel Markovich's July 9, 2021 Motion to Exclude the Expert Testimony of Dr. Kelly Clarke. [DE-225]. The Court has considered the Government's July 20, 2021 Response [DE-244] and finds as follows:

Dr. Kelly is qualified to testify as an expert based upon her qualifications and her experience. She will not testify concerning any ultimate decision on the case. The weight given to her testimony will be up to the jury. No *Daubert* evidentiary hearing is needed.

Wherefore, Defendant's Motion to Exclude the Expert Testimony of Dr. Kelly Clark [DE-225] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of August, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record