UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA

UNITED STATES OF AMERICA,               CASE NO.  21-60020-CR-DIMITROULEAS

     Plaintiff,

vs.

JONATHAN MARKOVICH AND
DANIEL MARKOVICH,

     Defendants.

_____/

**O R D E R**

     THIS CAUSE is before the Court *sua sponte* and upon receipt of Defendant's trial brief.

The Court is uncomfortable asking jurors to sit on a lengthy trial starting on the penultimate day

of their two week trial period.

     The Court resets the trial in this cause.  **The Calendar Call is reset to September 10,**

**2021 at 10:00 A.M. and the Trial is reset to September 13, 2021.**

     DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

9th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record