UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN MARKOVICH, et. al.,

    Defendant.

    _____/

## NOTICE OF CHANGE OF ADDRESS

Michael S. Pasano of Carlton Fields, counsel for Defendant Jonathan Markovich, pursuant to S.D. Fla. L.R. 11.1(g), advises that his business mailing address is now:

**Michael S. Pasano (FBN 0475947)**
**Email: mpasano@carltonfields.com**
**CARLTON FIELDS**
**2 MiamiCentral**
**700 N.W. 1st. Avenue, Suite 1200**
**Miami, Florida 3313**
**Telephone: 305-530-0050**

Dated: August 13, 2021

    *s/ Michael S. Pasano*
    Michael S. Pasano (FBN 0475947)
    Email:  mpasano@carltonfields.com
    CARLTON FIELDS
    2 MiamiCentral
    700 N.W. 1st Avenue, Suite 1200
    Miami, Florida 33136
    Tel:     (305) 530-0050
    Fax:    (305) 530-0055
    *Attorney for Defendant Jonathan Markovich*

## CERTIFICATE OF SERVICE

I CERTIFY THAT, on August 13, 2021, the foregoing was electronically transmitted via CM/ECF.

    *s/ Michael Pasano*
    Michael Pasano, Esq.