UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO.  21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

    Defendants.
_____/

**O R D E R**

THIS CAUSE is before the Court on Government's September 7, 2021 Motion in Limine [DE-287], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion in Limine [DE-287] is Denied.  Although the Court appreciates the "heads up", as the Court previously indicated on August 9, 2021, it is difficult to rule in a vacuum [DE-276].  Judge Cohn's ruling was at trial and not on a motion in limine; the Court reserves the right to revisit limine motions during trial.  Indeed, it appears that Judge Cohn allowed evidence of a $750,000 fine [DE-356, p. 131 in 19-60200CR].  The Court again finds that the questions of lay witness testimony, co-conspirator statements, civil regulations and jury instructions are best decided at trial.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of September, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record