UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60020-DIMITROULEAS/SNOW

**UNITED STATES OF AMERICA,**

vs.

**JONATHAN MARKOVICH and
DANIEL MARKOVICH,**

    **Defendants**.
_____/

NOTICE OF APPEARANCE
FOR THE UNITED STATES OF AMERICA

  The United States of America, by and through its undersigned counsel, hereby provides notice that John F. Kosmidis has been assigned to the Filter Team in this case[1] and files this notice to appear in that capacity. The undersigned requests to be informed of all future filings and court hearings in the above captioned case.

Dated: September 9, 2021

            Respectfully submitted,

            JUAN ANTONIO GONZALEZ
            ACTING UNITED STATES ATTORNEY
            SOUTHERN DISTRICT OF FLORIDA

            JOSEPH BEEMSTERBOER, ACTING CHIEF
            CRIMINAL DIVISION, FRAUD SECTION
            U.S. DEPARTMENT OF JUSTICE

     By:  /s/ John F. Kosmidis
         Assistant Chief
         Court No. A5502660

---

[1] Joanna Bowman, Trial Attorney, Special Matters Unit, will also be filing her Notice of Appearance on behalf of the Filter Team once she obtains ECF credentials.

**Notice of Appearance as Filter Attorney Page 1**

Special Matters Unit
Fraud Section, Criminal Division
1400 New York Avenue, NW
Washington, D.C. 20005
Cell: (202) 641-3109
Tel: (202) 353-9871
john.kosmidis@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I electronically filed this Notice of Appearance with the Clerk of Court for the United States District Court, Southern District of Florida, using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　/s/ *John F. Kosmidis*
　　　　　　　　　　　　　　　　　　　　John F. Kosmidis
　　　　　　　　　　　　　　　　　　　　Assistant Chief