UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: CASE NO. 21-60020-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

Defendants.
_____/

## ORDER ON MOTION FOR LEAVE TO PERMIT DEFENDANTS USE OF ELECTRONICS

THIS CAUSE came before the Court upon Defendants' Motion for Leave to Permit Defendants Use of Electronics in Assistance with their Defense. This Court has reviewed the Motion, the relevant portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 21st day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record