**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-CR-60020-DIMITROULEAS/SNOW

**UNITED STATES OF AMERICA**

v.

**JONATHAN MARKOVICH, and**
**DANIEL MARKOVICH,**

       **Defendants.**
_____/

**DEFENDANTS JONATHAN MARKOVICH AND DANIEL MARKOVICH'S**
**JOINT SUPPLEMENTAL JURY INSTRUCTIONS**

    For the convenience of the Court, Defendants Jonathan Markovich and Daniel Markovich ask that the Court provide to the jury the following Joint Supplemental Jury Instructions. The Defendants respectfully request that the jury in this case be instructed at the close of the defense case, but ***prior to*** closing statements. The defense anticipates referencing certain instructions during closing.

                                                                                                                            Respectfully submitted,

| | |
|---|---|
| *s/      Marissel Descalzo* | *s/ Michael Pasano* |
| Marissel Descalzo (FBN 669318) | Michael S. Pasano (FBN 475947) |
| E-mail: mdescalzo@tachebronis.com | E-mail: MPasano@carltonfields.com |
| Tache, Bronis, and Descalzo, P.A. | Vanessa Singh Johannes |
| 150 S.E. 2 Ave., Suite 600 | E-mail: VJohannes@carltonfields.com |
| Miami, FL 33131 | CARLTON FIELDS |
| Tel: 305-537-9565 | 700 N.W. 1st Avenue, Suite 1200 |
| *Counsel for Daniel Markovich* | Miami, Florida 33136-4118 |
| | Telephone: (305) 530-0050 |
| | *Counsel for Jonathan Markovich* |

127597036.1

# DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 20

## Defendants' Theory of Defense

Jonathan Markovich and Daniel Markovich's defense is a defense of good faith. Jonathan Markovich and Daniel Markovich assert no knowledge of any crimes and denies participating in any crimes. Jonathan Markovich and Daniel Markovich relied on others to do their jobs correctly in the operation and daily functionalities of Compass and WAR. Jonathan Markovich and Daniel Markovich never knowingly billed for, or caused to be billed, treatments not rendered or not necessary. Jonathan Markovich and Daniel Markovich assert that it was not improper to advance money for travel as long as reasonable collection efforts were made. Jonathan Markovich and Daniel Markovich deny paying cash to clients, or providing them with drugs, or instructing others to do so. Jonathan Markovich and Daniel Markovich assert that they were not part of any conspiracy and, at all times, acted in good faith in connection with Compass and War.

## DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 21

## 18 U.S.C. § 220

A form of remuneration in kind prohibited by federal law could be payments for travel. However, the law allows treatment facilities to advance monies for transportation and travel as long as the facility makes reasonable efforts to collect on monies owed. This is one of the safe harbors under the kickback laws.

Moreover, for any remuneration to be actionable as a violation of federal law, the defendant must have acted knowingly and willfully regarding the alleged illegal remuneration.

## DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 22

### Informants and Cooperators

At times, informants and cooperators can be untrustworthy. They sometimes will stop at nothing to maneuver themselves into a position where they have something to sell. On the other hand, informants and cooperators with nothing to sell sometimes manufacture evidence and fabricate something of value.

*Source:* ELEVENTH CIRCUIT PATTERN JURY INSTRUCTIONS (CRIMINAL), *United States v. Bernal-Obeso*, 989 F.2d 331 (9th Cir. 1993)

127597036.1

## DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 23

### Uncalled Witnesses

There are people whose names you heard during the course of the trial, but did not testify. It is up to you to decide if each party had an equal opportunity or lack of opportunity to call any of these witnesses. If witnesses are equally available, you should not draw any inference as to what they would have testified to or not testified to had they been called.

You should remember that the Government has the burden of proof and the law does not impose on a Defendant in a criminal case the burden or duty of calling any witnesses at all, or producing evidence in any regard.

127597036.1

## DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 24

## 18 U.S.C. § 1347

You may consider whether the insurers involved in the health care benefit programs knowingly approved admissions to Compass or WAR for substance abuse treatment, specific days of stay for said treatment, levels of service, and knowingly paid on bills submitted to them in deciding whether any alleged false representations related to a material fact.

7

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

<u>*s/ Michael S. Pasano*</u>
Michael S. Pasano