UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

Defendants.
_____/

## GOVERNMENT'S WITNESS LIST[1]

1. Adam Adler  9/27
2. Alesia Nettekoven
3. Alyssa Ninivaggi
4. Anelu Moreira (Ocean Bank)
5. Ashely Salvatore  9/24
6. Aubrey Samuel
7. Britany Clark
8. Cheynne Coffee (Aetna)
9. Christopher Garnto  10/12
10. Curt Dyer (Southeast Mortgage Brokers)
11. Daniel McCurdy (BCBS)  9/15
12. David Lynch
13. Donovan Wilson
14. Dr. Kelly J. Clark  10/1
15. Dustin Santiago
16. Elan Bakhshi
17. Francesca Gittens
18. Francis Giovanello
19. James Younis
20. Jennifer Mila  10/21
21. Jesse Munach  10/1
22. Joseph DeSimone
23. Josh Muskopf
24. Josiah Mehaffey
25. Karen Dodd (Optum) Gallagher 9/15

---

[1] Subject to additions based on stipulations as to authenticity of certain records.

1

3 26. Katherine Gallagher  (Optum)
27. Lauren Leblanc
28. Lindy Pilgrim
29. Lisa Metz
30. Lisette Rivera
31. Lori Van Valkenburg
32. Marie Chery
5 33. Mario Kustura 9|17
34. Mary Cvengros (SBA)
W 35. Melissa Parks 10/21
W 36. Meredith Feinberg 9/27
37. Mey-Ling Perez (Iberia)
38. Misty King
39. Nick Summa
4 40. Nicole Metro
4 41. Paige Snyder 9|17
42. Richard Halpern
43. Robert Regolizo (Marquis)
44. Monica Garbati (Marquis)
45. Roger Mauire
46. SA Alberto Bhoge
47. Samantha Langen
48. Samantha Moreno
49. Sarah Hobgood
50. Shayla Brown (DCF)[2] 9|14
51. Stacey Grant
52. Stacy Sankey (Aetna)
W 53. Stephanie Peiffer 9/27
54. Talia Brex
55. Taylor Reinhardt
56. Vincent Muolo
57. Custodian of Records for Compass and WAR
58. Custodian of Records for ZenCharts

W 15 Althea Harres SBA 10/22

D1 Joseph DeSimone 10/26
A 2 Paul Joseph Anthony 10/26
A 3 Dustin Bentigo 10/26
D 4 Burts Vanderbush 10/26
A 5 Fray Osquick 10/27

---

[2] Or another representative of DCF.

A 6 Jerry Daus 10/27

2