UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  21-60020-CR-DIMITROULEAS

       Plaintiff,

vs.

JONATHAN MARKOVICH,

       Defendant.

_____/

## **VERDICT**

We, the Jury, unanimously find the Defendant (J. Markovich) as to Count 1 of the Indictment:

    ___✓___                              _____
    GUILTY                              NOT GUILTY

We, the Jury, unanimously find the Defendant (J. Markovich) as to Count 2 of the Indictment:

    ___✓___                              _____
    GUILTY                              NOT GUILTY

We, the Jury unanimously find the Defendant (J. Markovich), as to Count 3 of the Indictment:

    ___✓___                              _____
    GUILTY                              NOT GUILTY

We, the Jury unanimously find the Defendant (J. Markovich) as to Count 4 of the Indictment:

    ___✓___                              _____
    GUILTY                              NOT GUILTY

We, the Jury unanimously find the Defendant (J. Markovich) as to Count 5 of the Indictment:

    ___✓___                              _____
    GUILTY                              NOT GUILTY

1

We, the jury unanimously find the Defendant (J. Markovich) as to Count 6 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 7 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 8 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 9 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 10 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 18 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 22 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 24 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 25 of the Indictment:

     ✓
_____     _____
GUILTY                        NOT GUILTY



We the jury unanimously find the Defendant (J. Markovich) as to Count 26 of the Indictment:



_____                    _____
GUILTY                            NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 27 of the Indictment:

_____                    _____
GUILTY                            NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 28 of the Indictment:

_____                    _____
GUILTY                            NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 30 of the Indictment:

_____                    _____
GUILTY                            NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 31 of the Indictment:

_____                    _____
GUILTY                            NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 32 of the Indictment:

_____                    _____
GUILTY                            NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 33 of the Indictment:

_____                    _____
GUILTY                            NOT GUILTY

We the jury unanimously find the Defendant (J. Markovich) as to Count 34 of the Indictment:

_____                    _____
GUILTY                            NOT GUILT

We the jury unanimously find the Defendant (J. Markovich) as to Count 35 of the Indictment:

_____         _____
GUILTY                            NOT GUILTY


SO SAY WE ALL.


Signed and dated at the United States Courthouse, Fort Lauderdale, Florida, this _____

day of November, 2021.


_____         _____
FOREPERSON                        FOREPERSON'S PRINTED NAME