UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

          **Defendants.**
_____/

### UNITED STATES' AMENDED[1] NOTICE OF FILING TRIAL EXHIBITS CONTAINING CONFIDENTIAL INFORMATION UNDER SEAL

Pursuant to Local Rule 5.3, Fed. R. Crim. P. 49.1, CM/ECF Administrative Procedures Section 6, and the Protective Order entered in this case [D.E. 34], the United States hereby gives Notice that the following trial exhibits are being filed under seal. These exhibits contain: Confidential Substance Abuse Patient Information (including the identities of patients) as defined in the Protective Order; personal identifying information ("PII") (such as dates of birth, and Social Security numbers); large patient files, and billing data which contain Confidential Substance Abuse Patient Information and PII; flight records which contain patients' names and other PII (of various individuals); and sensitive and confidential banking information (including PII). The remainder of the Government's Exhibits admitted at trial will be filed on the docket (in redacted form, whenever necessary).[2]

---

[1] In its prior filing, the listed contents of USB 1 on the table of exhibits below were actually admitted exhibits that will be filed electronically on the docket. The list for USB Nos. 2 and 3 remains the same. The Government has corrected this mistake, and apologizes for the error.

[2] Regarding any possible appeal, the Government will maintain the electronic hard drive that contained all of the Government's Exhibits admitted at trial which went back to the jury in this case in unredacted form.

1

It would have been impractical to redact all of this information from these documents given their large size. The patient files are often hundreds, and even thousands, of pages long; the billing data consists of massive Excel spreadsheets; the banking information is similarly voluminous, and includes massive spreadsheets, as well as more conventional banking records. The flight information contains names and PII throughout the documents.

Accordingly, filed under seal are three thumb-drives. Their contents are listed below:

| Thumb-Drive No. | Government's Exhibits Contained on Thumb Drive That Are Being Filed Under Seal |
|---|---|
| USA USB No. 1 | 138,139,140-145,146A-E,147-165, 166A-B,167-170,171A-B,172,179,274A-B, 275A-B,276,277A-B, 278A-B, 279A-B,301A,306,307A, 541,590,590A-B, 596A-B,599A-C, 536D-I, 739A-Z,739AA-NN, 740A-G, 741A-E,742A-K,743A-L,744A-G, 745A-X,746A-B, 474A-I, 748A-C, 851A,901A, 926, 939A,940A, 968, 969, 972A, 1129, 901B, 902A-B,903,904A-Q, 905A-G, 906A-B, 907A-M,908A-L, 909A-H, 910A-D, 911A-P,912A-R, 913A-H, 914A-F, 915A-F, 916A-H,917A-T,918A-W,919A-Y,920A-Z,920AA-BB,921A-B,923A-H,927,928, 930,931A-B,933,934,935,939,940,944A-C,945A-B,946,947A-C,948A-B,949,950A-B,951A-N,925A-C,953A-C,954A-C,955A-C,956A-E,957A-C,958A-G,962A-E,964,967,969A,971,972,980,980A,987A-I,990A-B, 994-999,1001-1004,1035-1040,1042,1051A-B,155-1058,1060-1089, 1091,1094,1095,1104,1109,1120,1121. |
| USA USB No. 2 | 201B, 203B, 204B, 204C, 204D, 204E, 205B, 205C, 205D, 233B, 235B, 235C, 235D, 35E, 241B, 241C, 242B, 244B, 247B,247C, 252B, 252C,254B, 254C, 256B, 256C, 256D, 261B, 263B, 264B, 268B, 269B, 270B, 270C, 281, 282 283A, 283B, 285, 286, 307B,307C, 307D. |
| USA USB No. 3 | 201A, 202, 203A, 204A, 204F, 205A, 205E, 206, 207, 208, 209, 210 211, 212, 213, 214, 215, 217, 218, 219, 220, 221, 222, 223, 224 225, 226, 227, 227A, 228, 229, 230, 231, 232A, 232B, 233A, 233B, 233C, 233D, 233E, 233F,, 233G 233H, 234, 235A, 235F, 235G, 235H, 236, 237, 238, 239, 240, 241A, 242A, 243, 244A, 245, 246, 247A, 248, 249, 250, 251, 252A, 253, 254A, 255, 256A, 257, 258, 258A, 258B, 258C, 259, 259A, 259B, 260, 261, 261A, 261B, 262, 262A, 262B, 262C, 262D, 263A, 264A, 265, 265A, 266, 268A, 269A, 270A, 271, 272, 273, 280, 284, 287, 288, 289, 291, 292A, 292B, 292C, 292D,292E, 292F 293A, 293B, 294, 295, 296, 303, 304, 305. |

---

If there is an appeal of this case, and the Eleventh Circuit requires un-redacted copies of all trial exhibits, the Government can file this hard drive under seal as well, and/or provide a copy to the Eleventh Circuit.

Dated: November 8, 2021								Respectfully submitted,

									JUAN ANTONIO GONZALEZ
									ACTING UNITED STATES ATTORNEY
									SOUTHERN DISTRICT OF FLORIDA

									JOSEPH S. BEEMSTERBOER
									ACTING CHIEF, FRAUD SECTION
									CRIMINAL DIVISION
									DEPARTMENT OF JUSTICE

						By:		/s/ James V. Hayes
									JAMES V. HAYES (FL Bar # A5501717)
									Senior Litigation Counsel
									JAMIE DE BOER (FL Bar #A5502601)
									Trial Attorney
									United States Department of Justice
									Criminal Division, Fraud Section
									1400 New York Avenue, N.W.
									Washington, D.C. 20005
									Telephone: (202) 774-4276
									James.Hayes@usdoj.gov
									Jamie.DeBoer@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*James V. Hayes*