UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 21-60020-CR-DMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH

    Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on Defendants Jonathan Markovich and Daniel Markovich's Joint Motion for Bond Pending Sentencing [DE-401], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record