UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CR-60020-WPD

**UNITED STATES OF AMERICA**,

v.

**JONATHAN MARKOVICH, ET AL.**,

    Defendants.
_____/

## MOTION ASSERTING CRIME VICTIMS' RIGHTS

BARBARA TOTILLO and MICHAEL TOTILLO, as surviving mother and father, respectively, of, and next of kin to, JESSICA TOTILLO, their deceased daughter, by and through their undersigned counsel, files this Motion Asserting Crime Victims' Rights, and state as follows:

Barbara Totillo and Michael Totillo's 26 year-old daughter, Jessica Totillo, was a victim of the crimes charged in this case. Specifically, Jessica Totillo was suffering from addiction and substance abuse diseases, and was one of the individuals lured into the "body brokering" web by Compass Detox, WAR and their employees, agents and "body brokers" – enticed in and out of Compass Detox and WAR services and treatments. On September 30, 2020, while residing in one of WAR's buildings in Hallandale Beach, Florida, Jessica Totillo died from an overdose of dangerous drugs that Compass Detox and WAR wrongfully allowed her to use or intentionally provided to her.

Subsection (a) of 18 U.S.C. § 3771, Crime victims' rights, states:

**(a) Rights of crime victims.**--A crime victim has the following rights:
**(1)** The right to be reasonably protected from the accused.
**(2)** The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.

**(3)** The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.
**(4)** The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.
**(5)** The reasonable right to confer with the attorney for the Government in the case.
**(6)** The right to full and timely restitution as provided in law.
**(7)** The right to proceedings free from unreasonable delay.
**(8)** The right to be treated with fairness and with respect for the victim's dignity and privacy.
**(9)** The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.
**(10)** The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

Subsection (b) of 18 U.S.C. § 3771 mandates in pertinent part as follows: "**(b) Rights afforded.-- (1) In general.**--In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a)."

And subsection (d) parts (1) and (3), respectively, state in pertinent part as follows:

**(1) Rights.**--The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a).
…
**(3) Motion for relief and writ of mandamus.**--The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime or, if no prosecution is underway, in the district court in the district in which the crime occurred. The district court shall take up and decide any motion asserting a victim's right forthwith.

BARBARA TOTILLO and MICHAEL TOTILLO, are each crime victims entitled to all of the rights under 18 U.S.C. § 3711(a), and they are hereby moving to assert each and every one of them.

WHEREFORE, BARBARA TOTILLO and MICHAEL TOTILLO, move this Honorable Court for an Order establishing them as crime victims entitled to each and every one of the rights under 18 U.S.C. § 3711(a).

Respectfully submitted,

**RASH MUELLER**
1655 North Commerce Parkway
Suite 303
Weston, Florida 33326
Telephone No. (954) 515-0072
Facsimile No. (954) 515-0073
**David C. Rash, Esq.**
Florida Bar No. 977764
Primary e-mail: david@rashmueller.com
**Jeffrey D. Mueller, Esq.**
Florida Bar No. 103563
Primary: jeff@rashmueller.com
Secondary e-mail: maileidys@rashmueller.com

~ AND ~

**BRILL & RINALDI, THE LAW FIRM**
17150 Royal Palm Blvd, Suite 2
Weston, Florida 33326
Telephone No. (954) 876-4344
Facsimile No. (954) 384-6226
**David W. Brill, Esq.**
Florida Bar No. 0959560
Primary e-mail: david@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com
**Joseph J. Rinaldi, Jr., Esq.**
Florida Bar No. 0581941
Primary e-mail: joe@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com
**Zackary D. Slankard, Esq.**
Florida Bar No. 1015939
Primary e-mail: zackary@brillrinaldi.com
Secondary e-mail: angely@brillrinaldi.com

/s/ David W. Brill
**David W. Brill, Esq.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on November 10, 2022, using the CM/ECF System which will send notification of such filing to all parties.

/s/ David W. Brill, Esq.
**David W. Brill, Esq.**