## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:21-CR-60020-WPD

**UNITED STATES OF AMERICA**,

v.

**JONATHAN MARKOVICH, ET AL.,**

    Defendants.

_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL FOR CRIME VICTIMS BARBARA TOTILLO AND MICHAEL TOTILLO

UNDERSIGNED COUNSEL hereby gives notice of their appearance as co-counsel with David W. Brill, Esq., Joseph J. Rinaldi, Jr., Esq., and Zackary D. Slankard, Esq., of Brill & Rinaldi, for crime victims BARBARA TOTILLO and MICHAEL TOTILLO, as surviving mother and father, respectively, of, and next of kin to, JESSICA TOTILLO, their deceased daughter.

DATED:  November 11, 2021

                                                Respectfully submitted,

                                                RASH MUELLER
                                                Counsel for the Crime Victims, Barbara Totillo and Michael Totillo
                                                1655 North Commerce Parkway
                                                Suite 303
                                                Weston, Florida 33326
                                                Telephone:  (954) 515-0072
                                                Facsimile:   (954) 515-0073
                                                Primary:    david@rashmueller.com
                                                Secondary: jeff@rashmueller.com
                                                                    maileidys@rashmueller.com

                                            By:    */s/ David C. Rash*
                                                   DAVID C. RASH
                                                   Florida Bar #977764
                                                   JEFFREY D. MUELLER
                                                   Florida Bar #103563

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, Notice of Appearance as Co-Counsel for Crime Victims Barbara Totillo and Michael Totillo, was electronically filed on November 11, 2021, using the CM/ECF System, which will send notification of such filing to all parties.

                                              */s/ David C. Rash*
                                              DAVID C. RASH