UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60020-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

        Defendants.
_____/

### DEFENDANTS' JONATHAN MARKOVICH AND DANIEL MARKOVICH JOINT MOTION TO CONTINUE THEIR SENTENCING HEARINGS

By and through the undersigned counsel, Defendants Jonathan Markovich and Daniel Markovich (collectively, the "Markoviches") hereby move this Court to continue their sentencing hearing date from January 13, 2022 to February 18, 2022. Undersigned counsel is working diligently with the US Probation Officer to have the Markoviches' and their family members interviewed for the PSI and to gather requested/necessary documents, but the process has proven slow given the Markoviches' current quarantine and other scheduling conflicts. The Markoviches' counsel have yet to fully explain to their clients the PSI and sentencing process, and cannot plan to do so until they see the Markoviches' in-person.

Also, in preparation for sentencing, the Markoviches' counsel anticipate gathering witness letters from current and former Compass/WAR employees and patients, as well as character letters from family members and friends. With the holiday season upon on, as much as counsel tries to schedule such interviews and obtain such statements and/or letters, it is proving difficult to do (from a scheduling perspective). Counsel also have travel plans for the upcoming holidays, as do many witnesses. The Markoviches are working to prepare as many patient statements as possible,

and to have patients testify before the Court at the sentencing hearing, which will take time to gather and coordinate.

This Motion is being made for good cause, and therefore, the Markoviches' counsel respectfully requests that the Court grant the relief therein. The undersigned counsel reached out to government counsel and they have no objection. Undersigned counsel and government counsel have conferred on the date, February 18, 2022, and that is a date that works for all parties.

Dated: November 15, 2021

*s/      Marissel Descalzo*
Marissel Descalzo (FBN 669318)
E-mail: mdescalzo@tachebronis.com
Tache, Bronis, and Descalzo, P.A.
150 S.E. 2 Ave., Suite 600
Miami, FL 33131
Tel: 305-537-9565
*Counsel for Daniel Markovich*

Respectfully submitted,

*s/ Vanessa Singh Johannes*
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
Michael S. Pasano (FBN 475947)
Email: MPasano@carltonfields.com
CARLTON FIELDS
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
*Counsel for Jonathan Markovich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on behalf of myself and Ms. Johannes, counsel for Jonathan Markovich. Counsel for the United States, Mr. Hayes and Ms. DeBoer, received a true and correct copy via that manner.

*s/      Marissel Descalzo*
Marissel Descalzo (FBN 669318)
*Counsel for Daniel Markovich*