UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.  21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH and
DANIEL MARKOVICH,

    Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on Defendant's Jonathan Markovich and Daniel Markovich's Joint Motion for Bond Pending Sentencing [DE-401], and the Court having considered the motion, the Government's November 12, 2021 Response [DE-415] and Defendants' November 12, 2021 Reply [DE-416] and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion for Bond Pending Sentencing [DE-401] is **DENIED**.  The Court has considered the factors in 18 U.S.C. § 3143(a) and finds that Defendants have failed to meet their burden by clear and convincing evidence to show that they are not a flight risk.  The Court agrees with the Government's response.  At this point, the court is unaware of any valid grounds for a renewed motion for judgement of acquittal or new trial. The Court, by separate order, has granted defendants' request for an extension of time to file post trial motions; the court is confident that defendants will have adequate time to consult with

counsel.  Mario Kustura and Christopher Garnto are not similarly situated to the Markovichs. Jonathan Markovich is facing a maximum of 325 years in prison; Daniel Markovich is facing a maximum of 65 years in prison; Christopher Garnto is facing a maximum of 20 years in prison; Mario Kustura is facing a maximum of 5 years in prison. Both Garnto and Kustura have the possibility of losing acceptance of responsibility reductions and Substantial Assistance motions should they fail to appear for sentencing.  At this point, it appears highly unlikely that either Jonathan or Daniel Markovich are likely to receive either an acceptance of responsibility reduction or a substantial assistance motion; so they lack the same motivation as Garnto and Kustura to appear for sentencing.  The Court is aware of numerous cases where federal defendants have removed electronic devices and fled the country before they could be apprehended; finally, the court recalls evidence from the trial that the defendants have traveled overseas.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record