UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH and
DANIEL MARKVICH,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant's Jonathan Markovich and Daniel Markovich's Joint Motion for an Extension of Time to File a Motion to Vacate Judgment or Grant a New Trial [DE-417], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion for an Extension of Time [DE-417] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record