UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. __21 CR 60020 WPD__

__USA__,
   **Plaintiff**

v.

Jonathan Markovich
Daniel Markovich,
   **Defendant.**

### RELEASE OF EXHIBITS

I, _James Hayes_, as counsel for the plaintiff/defendant, __United States of America__, hereby acknowledge that the hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

[x] **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

[ ] **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

[ ] **Other:** _____

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _James Hayes (F/B/O)_   Date: _11/22/21_

Exhibits Released by: _[signature]_
   Deputy Clerk