UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. __21 CR 60020 WPD__

__USA_____,
  **Plaintiff**

v.

Jonathan Markovich
Daniel Markovich_____,
  **Defendant.**

## RELEASE OF EXHIBITS

I, _Vanessa Singh Johannes_, as counsel for the Defendant,

_Jonathan Markovich_____, hereby acknowledge that the rial has concluded and the exhibit(s) listed below have been returned by the Clerk:

[x] **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

[ ] **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

_____

[ ] **Other:** _____

_____

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _____[signature]_____   Date: 11/30/2021

Exhibits Released by: _____[signature]_____
  Deputy Clerk