UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH, ET AL.,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on a Third Party (Totillo) Motion Asserting Crime Victims' Rights [DE-408], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court will defer ruling to await a response from the Government and/or the defendants.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of December, 2021.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record