UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60020-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH,
and DANIEL MARKOVICH,

       **Defendants.**
       _____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

Bruce S. Rogow, of Bruce S. Rogow, P.A., files his notice of appearance as co-counsel on behalf of Defendants Jonathan Markovich and Daniel Markovich.

Respectfully submitted,

| | |
|---|---|
| Tara A. Campion | */s/ Bruce S. Rogow* |
| FL. Bar No.: 90944 | Bruce S. Rogow |
| BRUCE S. ROGOW, P.A. | FL. Bar No.: 067999 |
| 1199 S. Federal Hwy., #212 | BRUCE S. ROGOW, P.A. |
| Boca Raton, FL 33432 | P.O. Box 749 |
| PH: 954.767.8909 | Cedar Mountain, NC 28718 |
| tcampion@rogowlaw.com | PH: 954.767.8909 |
| | brogow@rogowlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

       *s/ Bruce S. Rogow*
       Bruce S. Rogow