UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60020-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH,
and DANIEL MARKOVICH,

     **Defendants.**
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

Tara A. Campion, of Bruce S. Rogow, P.A., files her notice of appearance as co-counsel on behalf of Defendants Jonathan Markovich and Daniel Markovich.

          Respectfully submitted,

| | |
|---|---|
| Bruce S. Rogow | */s/ Tara A. Campion* |
| FL. Bar No.: 067999 | Tara A. Campion |
| BRUCE S. ROGOW, P.A. | FL. Bar No.: 90944 |
| P.O. Box 749 | BRUCE S. ROGOW, P.A. |
| Cedar Mountain, NC 28718 | 1199 S. Federal Hwy., #212 |
| PH: 954.767.8909 | Boca Raton, FL 33432 |
| brogow@rogowlaw.com | PH: 954.767.8909 |
| | tcampion@rogowlaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

          *s/ Tara A. Campion*
          Tara A. Campion