UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH,
and DANIEL MARKOVICH,

    Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on Defendants Jonathan Markovich and Daniel Markovich's Motion for Arrest of Judgment and/or for New Trial [DE-452] and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court defers ruling for ten (10) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of December, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record