UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60020-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

          **Defendants.**
_____/

## UNITED STATES' MOTION FOR REDACTIONS OF TRIAL TRANSCRIPTS

The United States of America, through undersigned counsel, hereby moves to redact patient names, and the names of minor children, in the transcripts of the trial against Defendants Jonathan and Daniel Markovich.

These trial transcripts contain Confidential Substance Abuse Patient Information, including the identities of patients, as defined in the Protective Order entered in this case [D.E. 34]. Confidential Substance Abuse Patient Information is protected under Title 42, United States Code, Section 290dd-2(a). Under 42 C.F.R. § 2.66(d)(1), patient identifying information contained in substance abuse treatment records must be removed from "any documents made available to the public." Thus, for the same reason as certain exhibits were redacted or filed under seal by the parties, the Government requests the redaction of patient names from the trial transcripts before they are filed on the docket and made available to the public. [*See, e.g.*, D.E. 422 (Order authorizing the filing of certain exhibits under seal)].

In addition to patient names, the trial transcripts include a handful of references to Defendants' or witnesses' minor children. The Government also seeks to redact those names in the trial transcripts.

1

The Government will submit to the Court exhibits containing redacted versions of the trial transcripts for the Court's review, which will be identified as exhibits to this motion, as noted below[1]:

| Docket Entry | Trial Date | Redactions Requested |
|---|---|---|
| 309 | 9/14/2021 | See Exhibit A |
| 310 | 9/15/2021 | No redactions requested |
| 311 | 9/17/2021 | See Exhibit B |
| 315, 319 | 9/23/2021 | See Exhibit C |
| 320 | 9/24/2021 | See Exhibit D |
| 321 | 9/27/2021 | See Exhibit E |
| 322 | 9/30/2021 | See Exhibit F |
| 323 | 10/1/2021 | See Exhibit G |
| 324 | 10/4/2021 | See Exhibit H |
| 354 | 10/12/2021 | See Exhibit I |
| 355 | 10/14/2021 | See Exhibit J |
| 356 | 10/19/2021 | See Exhibit K |
| 357 | 10/20/2021 | See Exhibit L |
| 358 | 10/21/2021 | See Exhibit M |
| 359 | 10/22/2021 | See Exhibit N |
| 360 | 10/26/2021 | See Exhibit O |
| 361 | 10/27/2021 | See Exhibit P |
| 362 | 10/28/2021 | No redactions requested |
| 363 | 10/29/2021 | See Exhibit Q |
| 403 | 11/3/2021 | No redactions requested |
| 404 | 11/4/2021 | No redactions requested |
| 449 | 9/13/2021 | See Exhibit R |

WHEREFORE, for the above-mentioned reasons, the Government requests that patient names and the names of minor children be redacted in the versions of the trial transcripts that become public, as proposed in Exhibits A through R. The Government has conferred with counsel for the Markoviches, who do not oppose this Motion.

---

[1] The Government will contact the Court after the holiday to determine how the Court would prefer to receive these voluminous exhibits.

Dated: December 30, 2021                                Respectfully submitted,

                                                            JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

JOSEPH S. BEEMSTERBOER
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

By:   */s/ Jamie de Boer*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
JAMIE DE BOER (FL Bar #A5502601)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 774-4276
James.Hayes@usdoj.gov
Jamie.DeBoer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Jamie de Boer*