UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKVICH, ET AL.,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on a Third Party's (Totillo) November 10, 2021 Motion Asserting Crime Victim's Rights [DE-408], and Third Party's (Holloway) November 15, 2021 Motion Asserting Crime Victim's Rights [DE-426], and the Court having considered the motions and there being no responses, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court will consider these issues at sentencing. Third party representatives must be present at any sentencing that they are requesting restitution.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of January, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record