JNM:plw  1/4/22

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:21-CR-60020-WPD

UNITED STATES OF AMERICA

      Plaintiff

-vs-

JONATHAN MARKOVICH, et al.

      Defendants

_____

### NOTICE OF APPEARANCE AS COUNSEL FOR CRIME VICTIMS, WILLIAM McMURRAY AND DAWN McMURRAY

Now comes undersigned counsel, and hereby gives notice of his appearance as counsel for crime victims, WILLIAM McMURRAY and DAWN McMURRAY, as surviving Father and Mother and next of kin to KAYLA NICOLE McMURRAY, their deceased daughter.

      Respectfully submitted,

      _____
      JAMES N. MELFI (#1023762)
      ROSSI & ROSSI CO.
      26 Market Street, 8th Floor
      Youngstown, Ohio 44501
      Phone: 330/744-8695
      Fax: 330/744-0334
      james.melfi19@gmail.com
      ATTORNEYS FORCRIME VICTIMS,
      WILLIAM McMURRAY &
      DAWN McMURRAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on January 27, 2022 using the CM/ECF System which will send notification of such filing to all parties.

_____
JAMES N. MELFI
Attorney for Crime Victims,
William McMurray &
Dawn McMurray