JNM:plw  1/4/22

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:21-CR-60020-WPD

**UNITED STATES OF AMERICA**

Plaintiff

-vs-

**JONATHAN MARKOVICH, et al.**

Defendants

_____

## MOTION ASSERTING RIGHTS OF CRIME VICTIMS, WILLIAM McMURRAY AND DAWN McMURRAY

WILLIAM McMURRAY and Dawn McMurray, as surviving Father and Mother of, and next of kin to KAYLA NICOLE McMURRAY, their deceased daughter, by and through undersigned counsel, file this Motion Asserting Crime Victims' Rights, and state as follows:

WILLIAM McMURRAY and DAWN McMURRAY'S twenty-five (25) year old daughter, KAYLA NICOLE McMURRAY, was a victim of the crimes charged in this case. Specifically, KAYLA NICOLE McMURRAY was suffering from addiction and substance abuse diseases and was one of the individuals lured into the body brokering web by Compass Detox, WAR and their employees, agents, and "body brokers". Once KAYLA NICOLE McMURRAY was lured from California to Florida, she received inappropriate and substandard medical and/or substance

abuse treatment from Compass Detox, WAR, by and through its employees and agents. On October 24, 2020, KAYLA NICOLE McMURRAY died from an overdose.

Subsection (a) of 18 U.S.C. § 3771, Crime victims' rights, states:

**"(a)** **Rights of crime victims.**—A crime victim has the following rights:

(1) The right to be reasonably protected from the accused.

(2) The right to reasonable, accurate, and timely notice of any public court proceedings, or any parole proceeding, involving the crime or of any release or escape of the accused.

(3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.

(4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.

(5) The reasonable right to confer with the attorney for the Government in the case.

(6) The right to full and timely restitution as provided in law.

(7) The right to proceedings free from unreasonable delay.

(8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

(9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.

(10) The right to be informed of the rights under this section and the services described in Section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice."

Subsection (b) of 18 U.S.C. § 3771 mandates, in pertinent part, as follows:

> **"(b)** **Rights afforded.—(1) In general.**—In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a)."

And subsection (d) parts (1) and (3), respectively, state, in pertinent part, as follows:

> **"(1)** **Rights.**—The crime victim or the crime victim's lawful representative, and the attorney for the Government may assert the rights described in subsection (a).
>
> . . .
>
> **(3)** **Motion for Relief and writ of mandamus.**—The rights described in subsection (a) shall be asserted in the district court in which a defendant is being prosecuted for the crime or, if no prosecution is underway, in the district court in the district in which the crime occurred. The district court shall take up and decide any motion asserting a victim's rights forthwith."

WILLIAM McMURRAY and DAWN McMURRAY are each crime victims entitled to all of the rights under 18 U.S.C. § 3771(a), and they are moving this Honorable Court to assert each and every right under 18 U.S.C. 3771(a).

**WHEREFORE,** WILLIAM McMURRAY and DAWN McMURRAY move this Honorable Court for an Order establishing them as crime victims entitled to each and every one of the rights under 18 U.S.C. § 3771(a).

3

Respectfully submitted,

_____

JAMES N. MELFI (#1023762)
ROSSI & ROSSI CO.
26 Market Street, 8th Floor
Youngstown, Ohio 44501
Phone: 330/744-8695
Fax: 330/744-0334
james.melfi19@gmail.com
ATTORNEYS FORCRIME VICTIMS,
WILLIAM McMURRAY &
DAWN McMURRAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on January __27__, 2022 using the CM/ECF System which will send notification of such filing to all parties.

_____

JAMES N. MELFI
Attorney for Crime Victims,
William McMurray &
Dawn McMurray