UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-WPD

UNITED STATES OF AMERICA

v.

JONATHAN MARKOVICH and
DANIEL MARKOVICH,

       Defendants.

_____

JONATHAN AND DANIEL MARKOVICH'S MOTION REGARDING
THE SENTENCING AND RESTITUTION HEARINGS

The undersigned counsel, on behalf and at the request of Defendants Jonathan Markovich ("JM") and Daniel Markovich ("DM") (collectively, the "Markoviches"), hereby file this motion to continue the sentencing and restitution hearings, schedule each sentencing hearing on separate days and for an hour each, and permit the Markoviches to appear via Zoom for their respective sentencing hearings, and state the following in support thereof:

The Markoviches' sentencing hearing is presently scheduled for February 18, 2022. The Presentence Investigation Report ("PSI") for JM was released on January 28, 2022. The PSI for DM was released on February 1, 2022. Currently, JM faces a sentencing guideline range of life (at a total offense level of 43) and DM faces up to 25 years' imprisonment (at a total offense level of 38). Objections to the Markoviches' PSIs are due on February 11, 2022.

Between January 31, 2022 and February 7, 2022, counsel for the Markoviches could not e-mail, call, or visit with the Markoviches. The Bureau of Prisons advised as follows in response to the undersigned counsel's numerous requests to see and/or speak with their clients:

"Hello. Legal visits and legal phone calls are temporarily suspended at FDC Miami due to a National lock down until further notice.

128448004.1

On Monday, January 31, 2022, at approximately 11:30 a.m., multiple inmates were observed fighting at USP Beaumont; responding staff immediately secured the area. Four inmates were transported to a local hospital; and two were subsequently pronounced deceased by hospital staff. No staff or other inmates were injured and at no time was the public in danger. The FBI was notified.

In an abundance of caution, the BOP has secured all institutions nationwide as a temporary measure to ensure the good order of our institutions. It is anticipated this security measure will be short-lived and that operations will be restored to their prior status as soon as practical. The BOP will continue to monitor events carefully and will adjust operations accordingly as the situation evolves."

Only just this morning were the Markoviches able to call counsel telephonically. For over a week, they received no updates on this case and did not even know that their PSIs were released. Counsel have still not been able to see the Markoviches and review their respective PSI reports with them. Nor has counsel been able to review objections to the PSIs, sentencing memorandums, recent discovery received from the government, or otherwise adequately prepare for the upcoming sentencing hearings with their clients. As such, counsel for the Markoviches respectfully request that the sentencing hearings in this case be continued, to provide counsel with the requisite time necessary to adequately prepare for said hearings.

Moreover, the Markoviches request that their sentencing hearings be on separate days, as they are situated differently and would like to be considered apart from each other, and that the hearings be one hour per defendant. The Markoviches are facing extraordinary high sentencing guideline ranges and the sentencing hearings will likely be heavily contested. As such, to permit witnesses to testify and the parties to adequately present evidence on behalf of each defendant, we believe such time allotments are necessary. The Markoviches also request that they be permitted to attend the sentencing hearings via Zoom, given the Covid protocols in place by the BOP. If the Markoviches are transferred to the Broward County Jail, they are required to quarantine for 14

128448004.1

days there and then 14 days upon retransfer back to FDC.  During this time, they cannot see or speak to counsel, which adversely impacts their ability to prepare for their sentencing hearings.

Last, pursuant to Title 18, United States Code, Section 3664(d)(5), the undersigned counsel requests that the restitution hearing(s) in this cause be continued by ninety (90) days from the sentencing hearing dates.  As the Court is aware, the defendants will be held jointly and severally liable for restitution.  The restitution hearing(s) will likely be contested by several defendants, not just the Markoviches, and should be held on separate dates so that those issues can adequately be addressed.

The undersigned counsel have conferred with counsel for the Government, Mr. Hayes and Ms. De Boer, and they have no objections to the requests sought herein.  Counsel for DM requests that his sentencing hearing be held the week of March 14th, 2022, and counsel for JM requests that his sentencing hearing be held between March 29th, 2022 – April 1st, 2022.

Dated: February 7, 2022                          Respectfully submitted,


_s/       Marissel Descalzo_                      _s/ Vanessa Singh Johannes_
Marissel Descalzo (FBN 669318)                    Vanessa Singh Johannes (FBN 1028744)
E-mail: mdescalzo@tachebronis.com                 E-mail: VJohannes@carltonfields.com
Tache, Bronis, and Descalzo, P.A.                 Michael S. Pasano (FBN 475947)
150 S.E. 2 Ave., Suite 600                        Email: MPasano@carltonfields.com
Miami, FL 33131                                   CARLTON FIELDS
Tel: 305-537-9565                                 700 N.W. 1st Avenue, Suite 1200
_Counsel for Daniel Markovich_                    Miami, Florida 33136-4118
                                                  Telephone: (305) 530-0050

                                                  Bruce S. Rogow (FBN 067999)
                                                  BRUCE S. ROGOW, P.A.
                                                  P.O. Box 749
                                                  Cedar Mountain, NC 28718
                                                  brogow@rogowlaw.com

128448004.1

Tara A. Campion (FBN 90944)
BRUCE S. ROGOW, P.A.
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954.767.8909
tcampion@rogowlaw.com
*Counsel for Jonathan Markovich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on behalf of myself and Ms. Descalzo, counsel for Daniel Markovich.  Counsel for the United States, Mr. Hayes and Ms. De Boer, received a true and correct copy via that manner.

*s/ Vanessa Singh Johannes*
Vanessa Singh Johannes
Attorney for J. Markovich

128448004.1