UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JONATHAN MARKOVICH and
DANIEL MARKOVICH,

    Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on Jonathan and Daniel Markovich's Motion to Continue Sentencings DE-478], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion [DE-478] is Granted, in part. The Court expects that if any restitution is awarded that will be decided at sentencing and not deferred to a later time. The Court will conduct separate sentencing hearings, but on the same day. If defendants wish to appear by Zoom, they need to file a written waiver of their right to be physically present at the sentencing; at that time, the Court will decide whether to allow remote proceedings.

Daniel Markovich's sentencing is reset to March 18, 2022 at 1:45; Jonathan Markovich's sentencing is reset to March 18, 2022 at 2:45.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

USPO