# REICH, ALBUM & PLUNKETT, L.L.C.

ATTORNEYS AT LAW
TWO LAKEWAY CENTER, SUITE 1000
3850 N. CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA 70002

LAWRENCE R. PLUNKETT, JR.

TEL.: (504) 830-3999
FAX: (504) 830-3950
lplunkett@rapllclaw.com

February 4, 2022

**VIA FED EX – OVERNIGHT DELIVERY**
**TRACKING NO.: 8122 1819 2761**
The Honorable William P. Dimitrouleas
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 205B, Chambers 205F
Fort Lauderdale, Florida 33301

  RE: **USA v. Markovich, et al**
     **21-cr-60020-WPD**

Dear Judge Dimitrouleas:

  The undersigned submits this correspondence as a character letter in support of Jonathan Markovich and Daniel Markovich, both of whom I have known personally for a number of years on both a professional and personal level.

  Both Jonathan and Daniel worked as law clerks and attorneys in my firm. Both were competent young lawyers who strived to find the right answer and to prepare work product of the highest caliber. When they fell short, as most young lawyers do, they accepted criticism and worked not to make the same mistake again. Both wanted to become better as lawyers and sought opportunities to advance their skills.

  In addition to getting to know them professionally, I was privileged to have the opportunity to get to know them personally as well. Jonathan's office was next to mine and we frequently discussed politics, the National Basketball Association, and sportscars. Though Daniel is different from his brother, I also got to know him on a personal level and enjoyed my interactions with him. Daniel has a wry sense of humor that serves him well. Both Jonathan and Daniel interacted very well with everyone in this firm, from the named partners to the file clerks. It is my strong belief that no one in the firm ever had any negative interactions with them. Jonathan and Daniel treated everyone with dignity and respect.

  I recognize that Jonathan and Daniel have been convicted of very serious crimes and that there are certain limitations on leniency owing to the federal sentencing guidelines. My primary purpose in writing is not so much to seek leniency, though I hope the Court will find appropriate grounds to do so for each of these two young men, but more to request the Court, to the extent it has the ability to do so, use its influence with the Bureau of Prisons to have them serve their

sentences together and to give them the opportunity to provide a public service during their incarceration. Both young men are highly educated and pose no danger to the general public. They could certainly be of service using their education and talents. It would be a shame if a way is not found to let them use their education and talents to help others. I hope that you will encourage the Bureau of Prisons to find a way for Jonathan and Daniel to benefit society while paying their debt to society.

I appreciate the opportunity to provide the Court with my thoughts on Jonathan and Daniel Markovich. Should you have any questions, please do not hesitate to contact me.

Respectively submitted,

REICH, ALBUM & PLUNKETT, L.L.C.

Lawrence R. Plunkett, Jr.

LRP/djk