UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS/SNOW

**UNITED STATES**

v.

**JONATHAN MARKOVICH, and
DANIEL MARKOVICH,**

      **Defendants.**

_____/

**NOTICE OF FILING OF VICTIM IMPACT STATEMENTS**

The United States, through undersigned counsel, respectfully submits this Notice of Filing of Victim Impact Statements in advance of the sentencing hearings for Defendants Jonathan and Daniel Markovich. The victim impact statements include patient identities and treatment histories. Therefore, the Government has submitted Exhibit A to this filing under seal.

| | |
|---|---|
| Dated: March 17, 2022 | Respectfully submitted, |
| | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA |
| | JOSEPH S. BEEMSTERBOER<br>ACTING CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>DEPARTMENT OF JUSTICE |
| By: | _/s/ Jamie de Boer_____<br>JAMES V. HAYES (FL Bar # A5501717)<br>Senior Litigation Counsel<br>JAMIE DE BOER (FL Bar # A5502601)<br>ANDREA SAVDIE (FL Bar # A5502799)<br>Trial Attorneys |

1

        United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 774-4276 (Hayes)
Telephone:  (202) 304-6801 (de Boer)
Telephone: (202) 262-6453 (Savdie)
James.Hayes@usdoj.gov
Jamie.DeBoer@usdoj.gov
Andrea.Savdie@usdoj.gov