UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 21-60020-CR-DIMITROULEAS

   Plaintiffs,

vs.

JONATHAN MARKOVICH, and
DANIEL MARKOVICH,

   Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE came before the Court upon the Defendants' Motions Asserting Crime Victims' Rights (Restitution) for Totillo [DE-408], Holloway [DE-426] and McMurray [DE-471] and for the reasons set forth at the evidentiary hearing sentencing hearing on March 18, 2022, and the Court having considered the motions and being fully advised in the premises, it is hereby

ORDERED AND ADJUGED that the Motions [DE-408, 426, 471] are Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record